



# MEMORANDUM OPINION

No. 04-11-00125-CR

**IN RE** Donald Ray **MCINTOSH**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  March 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 15, 2011, relator Donald Ray McIntosh filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* motions. However, counsel has been appointed to represent relator in the criminal proceedings pending in the trial court for which he is currently confined.[2] A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not

---

[1] This proceeding arises out of Cause Nos. 2009-CR-12304, 2010-CR-11389, & CM963806 styled *State of Texas v. Donald Ray McIntosh*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

[2] Attorney Robert Jimenez was appointed to represent relator.

abuse its discretion by declining to rule on relator's *pro se* motions filed in the criminal proceedings pending in the trial court.  Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus.  No leave is required to file a petition for writ of mandamus in this court.  TEX. R. APP. P. 52.  Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

DO NOT PUBLISH